**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: June 29, 2026.**

**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**

---

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | | |
| | § | |
| **Anthony Joseph Reyes,** | § | **Case No. 26-10675-smr** |
| | § | |
| **Debtor** | § | **Chapter 7** |
| ------------------------------------------------------ | § | |
| **John Patrick Lowe, Trustee,** | § | |
| **Movant** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **Anthony Joseph Reyes,** | § | |
| **Respondent** | § | |

**Agreed Order Regarding Motion to Compel the Turnover of Certain Estate Assets to the Trustee**

On this day came on to be considered the Trustee's Motion to Compel the Turnover of Certain Estate Assets to the Trustee. After considering the Motion and the docket, no timely objection to the Trustee's Motion having been filed, the Court is of the opinion that the Trustee's Motion should be granted.

IT IS, THEREFORE, ORDERED that the Trustee's Motion to Compel the Turnover of

Certain Estate Assets to the Trustee is granted.

IT IS FURTHER ORDERED that the Debtor, Anthony Joseph Reyes, turn over the amount of $9,866.44 to the Trustee in monthly payments of $1,500.00 each, by check or money order made payable to the order of "John Patrick Lowe, Trustee" and sent to 2402 East Main Street, Uvalde, Texas 78801, beginning June 15, 2026 and for each month thereafter until the Debtor has turned over to the Trustee the total amount of $9,866.44.

###

Agreed:

Denise A. True by

Denise A. True, Attorney for Debtor
Denise A. True, PC
108 Wild Basin Road Ste. 250
Austin, TX 78746-3468
Telephone: (512) 768-0604
Email: denise@denisetruelaw.com

Order Prepared By:

John Patrick Lowe, Trustee
2402 East Main Street
Uvalde, Texas 78801
Telephone: (830) 407-5115
Email: pat.lowe.law@gmail.com